SHOE MANUFACTURERS' SUPPLY CO. v. STACY et al.

(Circuit Court of Appeals, First Circuit. November 8, 1900.)

No. 352.

PATENTS—INVENTION—UPPERS FOR LACED SHOES.

The Benjamin patent, No. 552,506, for improvements in uppers for laced shoes, claim 3, which covers the placing of a strip or cushion piece under the projecting bases of the eyelets or hooks, so as to present a smooth surface to the wearer, is void for lack of invention.

Appeal from the Circuit Court of the United States for the District of Massachusetts.

Benjamin Phillips (Horace Van Everen, on the brief), for appellant.

Charles Allen Faber, for appellees.

Before PUTNAM, Circuit Judge, and WEBB and ALDRICH, District Judges.

PER CURIAM. Only the third claim of the patent in suit is in issue. As to that, we agree that it covers no patentable invention, as explained in the opinion of the learned judge who tried the case in the circuit court (100 Fed. 652), and for that reason we adopt his conclusions. The decree of the circuit court is affirmed, and the appellees will recover the costs of appeal.